**Order entered May 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01314-CV

### IN THE INTEREST OF A.A.M. AND J.M.J., CHILDREN

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-16-15428**

## ORDER

Before the Court is appellee's May 15, 2019 third motion for an extension of time to file a brief and appellant's response opposing the motion. We **GRANT** the motion and extend the time **May 22, 2019**. No further extension will be granted.

/s/    ERIN A. NOWELL
        JUSTICE